> So ordered. This matter is hereby dismissed in its entirety, with prejudice.
> /s/ John R. Adams
> U.S. District Judge
> April 29, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA BURTON, on behalf of herself and others similarly situated,** | ) ) ) | CASE NO. 4:21-CV-00187 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) ) | |
| **ALORICA, INC.** | ) ) | |
| Defendant. | ) ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff Barbara Burton, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), enters her notice of dismissal of this action with prejudice, each party to bear its own costs.

Respectfully submitted,

**NILGES DRAHER LLC**

*/s/ Christopher J. Lalak*
Christopher J. Lalak (0090079)
1360 East Ninth Street
Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Email: clalak@ohlaborlaw.com

*Counsel for Plaintiff*